IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 07-4047-02-CR-C-SOW |
| APRIL WILSON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 47) of United States Magistrate Judge William A. Knox regarding defendant April Wilson's entry of a plea of guilty. On August 26, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count One of the indictment filed on September 21, 2007. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary as to each count, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant April Wilson's plea of guilty shall be accepted and that defendant April Wilson be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant April Wilson.

____/s/ Scott O. Wright_____
　　　　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Dated: ___9/3/2008_____